# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **KELLY PRECHT AND FLAVIA PRECHT** | **CIVIL ACTION NO. 2:18-CV-00853** |
| **VS.** | **UNASSIGNED DISTRICT JUDGE** |
| **COLUMBIA GULF TRANSMISSION, LLC** | **MAG. JUDGE PATRICK J. HANNA** |

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that Plaintiff's Motion to Remand [Doc. No. 13] is **DENIED**.

MONROE, LOUISIANA, this 25th day of September, 2018.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**